Thomas WILLIAMS, Administrator of the Estate of Gardenia Williams, Deceased, Petitioner

v.

PENN CENTER FOR REHABILITATION AND CARE and Hospital of the University of Pennsylvania and Trustees of the University of Pennsylvania and Manor Care of Yeadon, LLC and Manor Care Inc. d/b/a Manor Care Health Services, Respondents

No. 456 EAL 2016

Supreme Court of Pennsylvania.

March 15, 2017

## ORDER

PER CURIAM

**AND NOW**, this 15th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.